**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7347**

─────────────

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

versus

DAVE W. BARNETT,

  Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-96-66)

─────────────

Submitted: December 20, 2001    Decided: January 2, 2002

─────────────

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Dave W. Barnett, Appellant Pro Se. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dave W. Barnett appeals from the district court's order denying relief on his 18 U.S.C. § 3582(c)(2)(1994) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Barnett, No. CR-96-66 (E.D. Va. filed July 2, 2001 & entered July 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED